UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 9:24-cv-80910-WPD

BRIANA GLASEL,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

OFFICE DEPOT, LLC,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; OVERRULING OBJECTIONS; DENYING DEFENDANTS' MOTION TO COMPEL

THIS CAUSE is before the Court on Defendant Office Depot, LLC ("Defendant" or "Office Depot")'s Motion to Compel Arbitration and Stay Proceedings, filed December 15, 2025 [DE 41] and United States Magistrate Judge Matthewman's January 27, 2026 Report and Recommendation (the "Report") [DE 55]. The Court has conducted a *de novo* review of the Report, Defendant's Objections to the Report and Recommendation [DE 58], and is otherwise fully advised in the premises.

Having carefully considered Defendant's Objections, and having reviewed the arguments and relevant case law, the Court overrules the Objections. The Court agrees with the analysis and conclusions set forth in Magistrate Judge Matthewman's very thorough Report. Defendant's conduct in this case reflects that it "substantially invoked the litigation machinery" in a manner inconsistent with its arbitration rights, thereby waiving arbitration. *Gutierrez v. Wells Fargo Bank, NA*, 889 F.3d 1230, 1236 (11th Cir. 2018).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 55] is hereby **APPROVED**;

2. Defendant's Objections [DE 58] are **OVERRULED**;

3. Defendant's Motion to Compel Arbitration and Stay Proceedings [DE 41] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of February, 2026.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record

Magistrate Judge Matthewman